Filed 3/4/25  P. v. Snell CA5

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>FLOYD LEE SNELL, JR.,<br><br>Defendant and Appellant. | F088216<br><br>(Super. Ct. No. CR-24-000855)<br><br>**OPINION** |

THE COURT[*]

APPEAL from a judgment of the Superior Court of Stanislaus County.  Linda A. McFadden, Judge.

Cynthia L. Barnes, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

[*]     Before Levy, Acting P. J., Franson, J. and Smith, J.

## INTRODUCTION

Floyd Lee Snell, Jr. (appellant) pled no contest to felony evading an officer with willful or wanton disregard for safety. (Veh. Code, § 2800.2, subd. (a).) He was sentenced to two years in state prison.

On appeal, appellant's appointed counsel filed a brief with this court pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), identifying no error and asking this court to review the record and determine if there are any reasonably arguable issues on appeal. Appellant was afforded an opportunity to submit a supplemental letter or brief but failed to do so in the time allotted.

We have conducted an independent review of the record and find no error. We affirm.

## BACKGROUND

On January 20, 2024, appellant was driving a vehicle when he was stopped by police officers. An officer ordered appellant to exit the vehicle, but appellant did not comply. Appellant then drove away from the officers at a high rate of speed. The officers activated their emergency lights and sirens and drove after appellant. During the pursuit, the officers observed appellant fail to stop at two intersections controlled by stop signs. The pursuit ended when the officers lost sight of appellant's vehicle.[1]

The Stanislaus County District Attorney's Office filed a complaint charging appellant with felony evasion (Veh. Code, § 2800.2, subd. (a); count 1) and misdemeanor resisting a peace officer (Pen. Code, § 148, subd. (a)(1)). The People also alleged appellant suffered a prior strike conviction. (Pen. Code, §§ 667, subds. (b)–(i), 1170.12, subds. (a)–(d)).

---

[1] The above factual summary is drawn from the statement of probable cause attached to appellant's arrest warrant.

2.

Pursuant to a negotiated plea agreement, appellant pled no contest to count 1 with the understanding the trial court would impose the middle term of two years in state prison. The People also agreed that count 2 and the prior strike conviction allegation would be dismissed.

At appellant's sentencing hearing, the trial court sentenced appellant to two years in state prison in accordance with his plea agreement.

## DISCUSSION

As noted above, appellant's counsel filed a *Wende* brief identifying no error and asking this court to review the record to determine whether there are any arguable issues on appeal. We have conducted an independent review of the record. We find that no reasonably arguable factual or legal issues exist.

## DISPOSITION

The judgment is affirmed.